**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**In the matter of:**            :        **Case No. 09-54819**

                                 :        **Chapter 7 (Judge Preston)**

**Douglas Alan Ledden**          :
**Mira Jan Willis**

### NOTICE TO THE CLERK OF UNCLAIMED AND SMALL DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $4.85 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The names(s) and addresses for the parties entitled to those unclaimed dividends are:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| Discover Bank<br>DFS Services, LLC<br>PO Box 3025<br>New Albany, OH  43054-3025 | 2 | $1.06 |
| PRA Receivables Management<br>As Agent of Portfolio Recovery Assoc.<br>PO Box 41067<br>Norfolk, VA  23541 | 16 | 3.79 |

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends  Over $25.00 |
|---|---|
| $4.85 | $ 0.00 |

Dated: 6/1/2009                              /s/ Susan L. Rhiel
                                             Case Trustee