**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In the matter of: | : | Case No. 09-54819 |
|  | : | Chapter 7 (Judge Preston) |
| Douglas Alan Ledden |  |  |
| Mira Willis | : |  |

**AMENDED**
**NOTICE TO THE CLERK OF UNCLAIMED AND SMALL DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $1,535.47 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The names(s) and addresses for the parties entitled to those unclaimed dividends are:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| Learning Dimensions<br>c/o Jimmie Ratliff<br>6450 Rockside Woods Blvd., Suite 170<br>Independence, OH  44131 | 4 | $1,535.47 |

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|
| $0.00 | $1,535.47 |

Dated: 9/27/2010

/s/ Susan L. Rhiel
Case Trustee